UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

U.S. DISTRICT COURT
N.D. OF N.Y.
FILED
NOV 08 2010
LAWRENCE K. BAERMAN, Clerk
UTICA

UNITED STATES OF AMERICA,

                  Plaintiff,

-against-                               *ORDER*

HENRY M. BURT,                      Civil Action No. 6:10-CV-669
                                         DNH/DEP

                  Defendant(s).

       The Plaintiff above named, having duly moved this Court before the United States District Court, Northern District of New York at New York on the 22nd day of October 2010 pursuant to Federal Rule of Civil Procedure 56 of the United States Code for an Order granting Summary Judgment to the Plaintiff herein;

       NOW, on reading and filing the Affidavit of Douglas M. Fisher, duly sworn to the 8th day of September 2010, the Notice of Motion dated the 8th day of September, 2010, with the exhibits annexed thereto, and proof of due service, and the Opposition of the Defendant dated September 20, 2010 and the Reply to Opposition dated September 28, 2010, and due deliberation having been had thereon,

       NOW, on motion of Solomon and Solomon, P.C., attorney for, it is hereby

       ORDERED, that said motion of the Plaintiff be, and the same hereby is granted, and it is further,

       ADJUDGED that the United States of America, the plaintiff, whose address is c/o Solomon and Solomon, P.C., Five Columbia Circle, Box 15019, Albany, NY 12212-5019 recover of Henry M. Burt, defendant, who resides at: 129 Spring Street, Fort Plains, New York 13339, damages in the total amount of $7,781.33 with interest and fees due thereon in the

amount of $12,230.11, plus pre-judgment interest at the rate of 7.00% per annum from November 4, 2010, to the date of judgment,; and have execution therefor.

Dated: Nov. 8, 2010
Utica, New York

ENTER

_____
United States District Judge